**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re:    OC Rebar Inc | § | Case No. 8:16-BK-12413 ES |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

WENETA M.A. KOSMALA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $337,222.00                    Assets Exempt:    $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:   $59,443.13         Claims Discharged
                                                      Without Payment:   $31,806.00

Total Expenses of Administration:  $46,494.59

3) Total gross receipts of $139,383.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $33,445.28 (see **Exhibit 2**), yielded net receipts of $105,937.72 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 20,000.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 46,469.10 | 46,494.59 | 46,494.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 120,000.00 | 7,566.63 | 7,566.63 | 7,566.63 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 46,632.00 | 220,234.98 | 51,876.50 | 51,876.50 |
| **TOTAL DISBURSEMENTS** | **$186,632.00** | **$274,270.71** | **$105,937.72** | **$105,937.72** |

4)  This case was originally filed under Chapter 7 on 06/09/2016. The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Dated:  05/11/2018            By: /s/ WENETA M.A. KOSMALA
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable - 11a. 90 days old or less: 600,000 | 1129-000 | 121,568.00 |
| Farmers & Merchants Bank - Checking - 6451 | 1129-000 | 1,945.38 |
| Other property: Funds Held by Debtor's Counsel | 1129-000 | 15,000.00 |
| STATE OF CALIFORNIA | 1224-002 | 869.62 |
| **TOTAL GROSS RECEIPTS** | | **$139,383.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CMC Steel Fabricators, Inc. dba CMC Rebar | Payment of monies due to subcontractor CMC Rebar re Orange Coast Memorial Health Center construction project per Court O | 8500-002 | 33,445.28 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$33,445.28** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | CMC Steel Fabricators Inc. d/b/a CMC Rebar | 4210-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2 | FTB | 4800-000 | 20,000.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$20,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WENETA M.A. KOSMALA | 2100-000 | N/A | 8,503.41 | 8,503.41 | 8,503.41 |
| WENETA M.A. KOSMALA | 2200-000 | N/A | 144.07 | 144.07 | 144.07 |
| HAHN FIFE & COMPANY, LLP | 3410-000 | N/A | 2,511.00 | 2,511.00 | 2,511.00 |
| HAHN FIFE & COMPANY, LLP | 3420-000 | N/A | 224.30 | 224.30 | 224.30 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 0.00 | 25.49 | 25.49 |

| | | | | | |
|---|---|---|---|---|---|
| Signature Bank | 2600-000 | N/A | 1,209.83 | 1,209.83 | 1,209.83 |
| Law Offices of Weneta M.A. Kosmala | 3110-000 | N/A | 32,758.50 | 32,758.50 | 32,758.50 |
| Law Offices of Weneta M.A. Kosmala | 3120-000 | N/A | 288.71 | 288.71 | 288.71 |
| FRANCHISE TAX BOARD (ADMINISTRATIVE) | 2820-000 | N/A | 829.28 | 829.28 | 829.28 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$46,469.10** | **$46,494.59** | **$46,494.59** |

## EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

## EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS | 5800-000 | 120,000.00 | 6,749.01 | 6,749.01 | 6,749.01 |
| 2 | FTB | 5800-000 | 0.00 | 817.62 | 817.62 | 817.62 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$120,000.00** | **$7,566.63** | **$7,566.63** | **$7,566.63** |

## EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | FTB | 7100-000 | 0.00 | 52.00 | 52.00 | 52.00 |
| 3 | Stradling Yocca Carlson & Rauth, P.C. | 7100-000 | 11,899.00 | 11,255.98 | 11,255.98 | 11,255.98 |
| 4 | American Contractors Indemnity Company | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6 | Vave Engineering Services, Ltd. | 7200-000 | 2,927.00 | 2,927.00 | 2,927.00 | 2,927.00 |
| 8 | Jack Struble | 7200-000 | 0.00 | 43,000.00 | 19,197.18 | 19,197.18 |
| 9 | 4 Park Plaza | 7200-000 | 0.00 | 100,000.00 | 0.00 | 0.00 |
| 10 | Roger Struble | 7200-000 | 0.00 | 63,000.00 | 18,444.34 | 18,444.34 |
| NOTFILED | COMMERCIAL METALS | 7100-000 | 20,222.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | IRON WORKERS LOCAL 393 | 7100-000 | 11,584.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$46,632.00** | **$220,234.98** | **$51,876.50** | **$51,876.50** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 8:16-BK-12413 ES | |
| **Case Name:** | OC Rebar Inc | |
| **Period Ending:** | 05/11/18 | |

| | | |
|---|---|---|
| **Trustee:** | WENETA M.A. KOSMALA | |
| **Filed (f) or Converted (c):** | 06/09/16 (f) | |
| **§341(a) Meeting Date:** | 07/21/16 | |
| **Claims Bar Date:** | 09/26/16 | |

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Ref # | | | | | | |
| 1 | Farmers & Merchants Bank - Checking - 6451<br>Turned over to the Trustee. | 1,000.00 | 1,945.38 | | 1,945.38 | FA |
| 2 | 1st National Bank, 1620 Dodge St., Omaha NE 68197 (Opened by Roger Struble<br>Bank slam letter sent 6/28/16. | Unknown | 1.00 | | 0.00 | FA |
| 3 | Accounts Receivable - 11a. 90 days old or less: 600,000 | 600,000.00 | 100,000.00 | | 121,568.00 | FA |
| 4 | Raw materials: Rebar - 06/09/2016 - 20,222 | 20,222.00 | 1.00 | | 0.00 | FA |
| 5 | Causes of action against third parties (whether or not a lawsuit has been filed) - Roger Struble - Unauthorized diversion of funds - 317,000 estimated | 317,000.00 | 317,000.00 | | 0.00 | FA |
| 6 | Other property: Funds Held by Debtor's Counsel<br>Turned over to the Trustee. | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$953,222.00** | **$433,947.38** | | **$138,513.38** | **$0.00** |

**Major activities affecting case closing:**
This bankruptcy case was initiated by one shareholder to stop perceived siphoning of corporate revenues by his brother, the other shareholder.  The corporate Debtor, which provided rebar installation on major construction projects nationwide, had three contracts in progress at filing.  Trustee investigated the Debtor's affairs, and negotiated the resolution of the receivables, resulting in sufficient funds to pay all timely filed creditor claims in full, and provide a nearly full  distribution on late filed claims as well.

• Swanberg Construction:  This contractor denied that any amounts were due and owing to the Debtor; all amounts due had been paid pre-petition.
• Hallin and Herrera:  This contractor ultimately turned over two checks to Trustee.  One was for funds due and owing to a subcontractor of the Debtor, CMC Rebar Fabricators.  Payment was made by joint check to the Debtor and CMC under a Joint Check Agreement.  CMC argued that this check was earmarked for it, and the funds were not property of the Estate.  After research and analysis, Counsel concluded that CMC was correct.  Counsel prepared and filed a Motion for Authority to Dispose of Property in Which an Entity Other than the Estate Has an Interest, which was approved by Order entered October 17, 2016.  The funds were disbursed to CMC.  This left the other check in the amount of $29,122.72, which correlated with invoices issued by the Debtor for its pre-petition work.
• Dome Technology:  Counsel worked with this contractor to liquidate the amounts due to the Debtor.  The calculation was complicated, as (1) Dome had held back certain reserves on past payments as allowed under its contract as a buffer against future payment issues, and (2) Dome had had to retain another contractor to cover the remaining work under the contract after the Debtor ceased operations.  After a number of rounds of negotiation, the parties settled the receivable for $50,000.  The settlement was approved by Order entered July 17, 2017.


09/30/16 SUMMARY:  Trustee is attempting to collect on three contracts the Debtor had as of the date of filing.  Due to the complex system of holdbacks/breach allegations, the Debtors assert that less is due to the Debtor than the outstanding amounts of its invoices.

TAX STATUS:  6/5/2017  2016 Estate Tax Returns y/e 12/31/2016 1120S/100S/k-1's .
Tax Liability $0.00 1120S
Tax Liability $800.00 100S

ASSET STATUS:  Background:
    The case was filed on June 9, 2016 as a "face sheet" filing.  The shareholders are Jack and Katherine Struble (51% shareholders) and Roger Struble (49% Shareholder).  The Debtor provided

FORM 1

Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

services and materials in the installation of rebar as a subcontractor on larger contracts.  Roger is the actual contractor; Jack apparenetly provided financing.  The case was filed by Jack, who accuses Roger of siphoning off money from the corporation.

Bank Accounts:

    Trustee demanded and received the remaining funds from the Debtor's bank account yielding just under $2,000.  Debtor's attorney also advised that he had taken $15,000 of the Debtor's funds for "safekeeping".  Trustee made demands for these funds as well and counsel complied by turning the funds over to the Trustee.

Work in Progress:

    Trustee is attempting to collect on three contracts the Debtor had as of the date of filing.  Valuing the amount of the contracts is complicated by the fact that upon filing, the business was shut down and could not complete the contracts.  It appears that the contractors that hired the Debtor managed to complete their contracts by either hiring other entities or hiring the Debtor's employees directly.  Due to the complex system of holdbacks/breach allegations, the Debtors assert that less is due to the Debtor than the outstanding amounts of its invoices.

    1.    U.S. Sugar-Dome Project, Aurora, IL:  The Debtor was contracted by Dome Technology.  Demand was made on Dome to turn over documents related to the contract, and any amounts currently due and owing.  Dome has argued that just under $50,000 is due to the Debtor for pre-petition work, and that none of the holdbacks on prior payments is due.  Trustee's analysis reflects that with the payment of the holdback amounts, the amount due is closer to $80,000.  Dome has not responded to Trustee's analysis of the amounts due.

    2.    Valley City Flood Project:  The Debtor was contracted by Swanberg Construction.  Swanberg's counsel has actually asserted that the Debtor was overpaid on the work completed as of the date of filing.  Trustee is awaiting the work tickets, but preliminary documentation indicates that they are correct.  Trustee does not expect any recovery on this account.

    3.    Orange Coast Memorial Medical Center:  The Debtor was contracted by Hallin and Herrera.  H&H was very responsive in calculating the amount due to the Estate for work performed pre-petition, transmitting two checks for the amounts allegedly due.  Unfortunately, the checks arrived without backup documentation, and although one was issued jointly to the Debtor and CMC (the Debtor's own subcontractor), both checks were deposited into the Estate's account.  Demand was made for the turnover of one of the checks (in the amount of $33,445.28) to CMC, pursuant to a Joint Check Agreement, which created a "passthrough" relationship between the Debtor and Hallin & Herrera for amounts billed on the project by CMC.  After reviewing and analyzing the documents and authorities submitted on behalf of CMC, a motion seeking authority to disburse the funds to CMC was filed, and was granted by Order entered October 17, 2016.  The funds have been turned over to CMC.  The other check, in the amount of $29,122.72, represents payment in full on all pre-petition invoices on this project.  No other amounts are anticipated.

Transfer Issues:

    Jack Struble asserts that Roger Struble opened an unauthorized account in the name of the Debtor, and was diverting funds to that account for the purpose of circumventing Jack Struble's right to a share of the funds.  Further, Roger seems to have made payments to his wholly-owned entity, Route 66 Classic Car Co.; in repayment of certain loans to his son's girlfriend (Tammy Fox); and to attorneys (McGrath North Mullen and Fraser Stryker PC).

    Trustee is currently seeking an analysis from the Estate's CPA to determine the amount of administrative taxes.  Trustee will then determine if the assets liquidated are sufficient, or whether the Trustee will be pursuing potential avoidance actions.

INSURANCE STATUS:  None

LITIGATION STATUS:  None

OPEN ISSUES:  Administer Assets, Employ Counsel, Claims Review and Objection, Employ Accountant, Prepare Estate Tax Returns

6/22/2017  Notice to Pay Court Costs Due Sent To: Weneta M A Kosmala, Chapter 7 Trustee, Total Amount Due $0.

6/21/2017  Notice to professionals to file application for compensation

6/5/2017  2016 Estate Tax Returns y/e 12/31/2016 1120S/100S/k-1's .
Tax Liability $0.00 1120S
Tax Liability $800.00 100S

11/8/2016  Entered Order Granting Application by Chapter 7 Trustee to Employ Hahn Fife & Company, LLP; Employment is pursuant to 11 U.S.C. Section 327 and compensation and reimbursement of costs are subject further application, determination and approval by this Court, per 11 U.S.C. Section 330.

10/17/2016  Entered Order Granting Motion for Authority to Dispose of Property in Which an Entity Other than the Estate Has an Interest; Trustee is authorized to disburse funds to CMC Steel Fabricators, Inc. dba CMC Rebar in the amount of $33,445.28.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Page: 3

08/17/2016  Entered Order on Chapter 7 Trustee's Application to Employ the Law Offices of Weneta M.A. Kosmala as General Counsel pursuant to 11 U.S.C. §327 and compensation and reimbursement of costs are subject to further application, determination and approval by this Court, per 11 U.S.C. § 330 and/or 331.

06/12/2016  Notice of Assets served by Clerk of the US Bankruptcy Court; Proof of Claims Deadline 9/26/06; Governmental Units 12/6/06.

**Initial Projected Date of Final Report (TFR):**  May 09, 2019                    **Current Projected Date of Final Report (TFR):**  August 29, 2017 (Actual)

**Form 2**

Exhibit 9

**Cash Receipts and Disbursements Record**

Page: 1

| Case Number: | 8:16-BK-12413 ES | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|
| Case Name: | OC Rebar Inc | Bank Name: | Signature Bank |
| | | Account: | ******1767 - Checking |
| Taxpayer ID#: | **-***2570 | Blanket Bond: | $4,200,000.00 (per case limit) |
| Period Ending: | 05/11/18 | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/21/16 | Asset #6 | Peter C. Wittlin | Turnover of Debtor's funds in Peter C. Wittlin Attorney Client Trust Account | 1129-000 | 15,000.00 | | 15,000.00 |
| 06/28/16 | Asset #1 | FARMERS AND MERCHANTS BANK | PROCEEDS FROM F & M BANK SLAM | 1129-000 | 1,945.38 | | 16,945.38 |
| 06/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.83 | 16,939.55 |
| 07/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 23.49 | 16,916.06 |
| 08/03/16 | Asset #3 | HALLIN AND HERRERA, INC. | Account receivable re 34516 OCMMC Renovation | 1129-000 | 33,445.28 | | 50,361.34 |
| 08/03/16 | Asset #3 | HALLIN AND HERRERA, INC. | Account receivable re OCMMC Renovation | 1129-000 | 29,122.72 | | 79,484.06 |
| 08/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 142.02 | 79,342.04 |
| 09/09/16 | 1001 | INTERNATIONAL SURETIES, LTD. | Bond #016030867 premium increase for period 01/04/16 - 01/04/17, effective 7/28/16 | 2300-000 | | 1.03 | 79,341.01 |
| 09/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 146.33 | 79,194.68 |
| 10/19/16 | 1002 | CMC Steel Fabricators, Inc. dba CMC Rebar | Payment of monies due to subcontractor CMC Rebar re Orange Coast Memorial Health Center construction project per Court Order entered October 17, 2016 | 8500-002 | | 33,445.28 | 45,749.40 |
| 10/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 136.53 | 45,612.87 |
| 11/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 84.12 | 45,528.75 |
| 12/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 83.97 | 45,444.78 |
| 01/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 89.63 | 45,355.15 |
| 02/08/17 | 1003 | INTERNATIONAL SURETIES, LTD. | Bond #016030867 premium for period 01/04/17 - 01/04/18 | 2300-000 | | 24.46 | 45,330.69 |
| 02/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 78.26 | 45,252.43 |
| 03/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 86.47 | 45,165.96 |
| 04/28/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 77.96 | 45,088.00 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 8:16-BK-12413 ES | | **Trustee:** | WENETA M.A. KOSMALA | | |
| **Case Name:** | OC Rebar Inc | | **Bank Name:** | Signature Bank | | |
| | | | **Account:** | ******1767 - Checking | | |
| **Taxpayer ID#:** | **-***2570 | | **Blanket Bond:** | $4,200,000.00 (per case limit) | | |
| **Period Ending:** | 05/11/18 | | **Separate Bond:** | N/A | | |

| 1<br><br>Trans.<br>Date | 2<br><br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>Uniform<br>Tran. Code | Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 91.72 | 44,996.28 |
| 06/30/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 83.21 | 44,913.07 |
| 07/31/17 | Asset #3 | DOME TECHNOLOGY, LLC | PER ORDER ON MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT ENTERED 7/17/2017. | 1129-000 | 59,000.00 | | 103,913.07 |
| 07/31/17 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 80.29 | 103,832.78 |
| 12/13/17 | 1004 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | Dividend of 100.000000000%, Claim No. 7 | 2820-000 | | 829.28 | 103,003.50 |
| 12/13/17 | 1005 | HAHN FIFE & COMPANY, LLP | Dividend of 100.000000000% | 3410-000 | | 2,511.00 | 100,492.50 |
| 12/13/17 | 1006 | HAHN FIFE & COMPANY, LLP | Dividend of 100.000000000% | 3420-000 | | 224.30 | 100,268.20 |
| 12/13/17 | 1007 | Law Offices of Weneta M.A. Kosmala | Dividend of 100.000000000% | 3110-000 | | 27,758.50 | 72,509.70 |
| 12/13/17 | 1008 | Law Offices of Weneta M.A. Kosmala | Dividend of 100.000000000% | 3120-000 | | 288.71 | 72,220.99 |
| 12/13/17 | 1009 | WENETA M.A. KOSMALA | Partial Distribution of Trustee Fees | 2100-000 | | 6,325.73 | 65,895.26 |
| 12/13/17 | 1010 | WENETA M.A. KOSMALA | Dividend of 100.000000000% | 2200-000 | | 144.07 | 65,751.19 |
| 12/13/17 | 1011 | FTB | Dividend of 100.000000000%, Claim No. 2 | 5800-000 | | 817.62 | 64,933.57 |
| 12/13/17 | 1012 | IRS | Dividend of 100.000000000%, Claim No. 1 | 5800-000 | | 6,749.01 | 58,184.56 |
| 12/13/17 | 1013 | FTB | Dividend of 100.000000000%, Claim No. 2 | 7100-000 | | 52.00 | 58,132.56 |
| 12/13/17 | 1014 | Stradling Yocca Carlson & Rauth, P.C. | Dividend of 100.000000000%, Claim No. 3 | 7100-000 | | 11,255.98 | 46,876.58 |
| 03/12/18 | | STATE OF CALIFORNIA | Return of monies distributed as underlying taxes have already been paid | 1224-002 | 869.62 | | 47,746.20 |
| 03/15/18 | 1015 | WENETA M.A. KOSMALA | Distribution of balance of Trustee Fees; $8,503.41 allowed per Court Order entered on October 19, 2017; $6,325.73 paid check no. 1009 | 2100-000 | | 2,177.68 | 45,568.52 |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 3

| Case Number: | 8:16-BK-12413 ES | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|
| Case Name: | OC Rebar Inc | Bank Name: | Signature Bank |
| | | Account: | ******1767 - Checking |
| Taxpayer ID#: | **-***2570 | Blanket Bond: | $4,200,000.00 (per case limit) |
| Period Ending: | 05/11/18 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/15/18 | 1016 | Law Offices of Weneta M.A. Kosmala | Payment of post-Final Report fees of Trustee's counsel per Stipulation approved by Court Order entered March 7, 2018 | 3110-000 | | 5,000.00 | 40,568.52 |
| 03/15/18 | 1017 | Vave Engineering Services, Ltd. | Payment in full of Claim No. 6 per Court Order entered March 7, 2018 | 7200-000 | | 2,927.00 | 37,641.52 |
| 03/15/18 | 1018 | Jack Struble | Payment of Claim No. 8 per Court Order entered March 7, 2018 - 51% of remaining funds on hand in the estate per Stipulation filed 2/9/18 Docket 89 (51% of $37,641.52) | 7200-000 | | 19,197.18 | 18,444.34 |
| 04/10/18 | 1019 | Roger Struble | Distribution in full to Chapter 7 Trustee for the Estate of Roger Eric Struble, Case No. 18-12282-KHT in payment of claim of Roger Eric Struble, per demand dated April 5, 2018 | 7200-000 | | 18,444.34 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 139,383.00 | 139,383.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 139,383.00 | 139,383.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$139,383.00** | **$139,383.00** | |

| | |
|---|---|
| Net Receipts: | $139,383.00 |
| Less Other Noncompensable Items: | 34,314.90 |
| Net Estate: | $105,068.10 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1767** | 139,383.00 | 139,383.00 | 0.00 |
| | **$139,383.00** | **$139,383.00** | **$0.00** |